UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| In Re: | ) | |
| | ) | |
| PHILLIP R. BRENNEKE, and | ) | Case No. 09-45499-659 |
| JANE S. BRENNEKE, | ) | Judge Kathy A. Surratt-States |
| | ) | Chapter 13 |
| Debtors. | ) | |
| | ) | |
| PHILLIP R. BRENNEKE, and | ) | **Adversary No. 10-4156-659** |
| JANE S. BRENNEKE, | ) | |
| | ) | **PUBLISHED** |
| Plaintiffs, | ) | |
| | ) | |
| -v- | ) | |
| | ) | |
| FIFTH THIRD BANK, | ) | |
| | ) | |
| | ) | |
| Defendant. | ) | |

## O R D E R

The matter before the Court is Debtors Phillip R. Brenneke and Jane S. Brenneke's Complaint to Determine the Value of Security and the Validity of the Lien of Fifth Third Bank. Upon consideration of the record as a whole, and consistent with the Findings of Fact and Conclusions of Law entered separately in this matter,

**IT IS ORDERED THAT** the relief requested in Debtors' Complaint is DENIED and judgment is entered in favor of Defendant Fifth Third Bank and against Debtors Phillip R. Brenneke and Jane S. Brenneke in that Debtors' request that Defendant's lien on Debtors' Property be deemed unsecured and paid as an unsecured non-priority claim is DENIED and Debtors' request that Creditor's lien on Debtors' Property be released upon Debtors' successful completion of their

Chapter 13 Bankruptcy and the Court's issuance of a discharge to Debtors pursuant to Section 1328(a) is DENIED; and this is the final judgment and Order of this Bankruptcy Court in this case.

_Kathy A. Surratt-States_
KATHY A. SURRATT-STATES
United States Bankruptcy Judge

DATED: October 12, 2010
St. Louis, Missouri

Copies to:

Office of the United States Trustee
Thomas F. Eagleton U.S. Courthouse
111 South 10th Street, Suite 6.353
St. Louis, MO  63102

Phillip and Jane Brenneke
9928 Thurman Oaks
Valles Mines, MO 63087

Judy Freiberg
UAW Legal Services Plan
10820 Sunset Office Dr., Ste. 141
St. Louis, MO 63127

Jennifer M. West
South & Associates, P.C.
800 Market Street
Suite 1660
St. Louis, MO 63101

Fifth Third Bank
PO Box 829009
Dallas, TX 75382